**Deny and Order Entered January 31, 2022**



**In The**
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00046-CV

### IN RE MEADOWBROOK BAPTIST CHURCH, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC--21-01593-E**

## ORDER

Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE